IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARGARET HEALY and § | | |
| LONE STAR FAST FUNDING, LLC § | | |
|    Plaintiffs § | | |
| § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 5:23-cv-01294 | |
| § | | |
| ALLIED FIRST BANK, SB DBA § | | |
| SERVBANK, § | | |
|    Defendant § | | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

     COME NOW, Defendant, Allied First Bank, sb dba Servbank, its successors in interest or assigns (hereinafter "Defendant"), and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, gives notice that it hereby removes the action styled *Margaret Healy et al v Allied First Bank, sb,* Cause No. 2023CI21134, in the 37th Judicial District Court of Bexar County, Texas (the "State Court Action"), to the United States District Court for the Western District of Texas, San Antonio Division. Defendant provides the following in support of this removal.

**I.**

**REQUIREMENTS FOR REMOVAL**

    1.    Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice of Removal:

        i)    A true and correct copy of the Docket Sheet for Cause No. 2023CI21134, attached as **Exhibit A**; and

  ii)   A true and correct copy of Plaintiff's Original Petition for Temporary Restraining Order, attached as **Exhibit B**; and

  iii)   A true and correct copy of the Temporary Restraining Order issued in Cause No. 2023CI21134, attached as **Exhibit C**; and

  iv)   A true and correct copy of Defendant's Original Answer filed in Cause No. 2023CI21134, attached as **Exhibit D**.

  v)   A true and correct copy of the Bexar County Appraisal District property detail regarding the real property located at 7507 Fairington Drive, San Antonio, Bexar County, Texas 78244, attached as **Exhibit E**.

2.   This Court has original jurisdiction of this suit based upon diversity jurisdiction under 28 U.S.C. § 1332(a). With certain limitations, any civil action brought in a State court may be removed to the district court of the United States for the district and division that encompasses the county wherein the action is pending. *See* 28 U.S.C. § 1441. The San Antonio Division of the Western District of Texas is the proper court for removal from a district court in Bexar County, Texas. *See* 28 U.S.C. § 124(d)(4).

3.   As required by 28 U.S.C. § 1446(d), the removing Defendant will promptly give all parties written notice of the filing of this Notice of Removal and will promptly file a notice of removal with the Clerk of the 37th Judicial District Court in Bexar County, Texas.

## II.

## REMOVAL IS TIMELY

4.   Plaintiffs, Margaret Healy and Lone Star Fast Funding, LLC, filed their Original Petition on September 28, 2023. This removal is filed within thirty days of Plaintiffs filing their Original Petition and is timely under 28 U.S.C. §1446(b).

## III.

## **DIVERSITY JURISDICTION**

**A.     Complete Diversity of Citizenship Exists**

5.     **Margaret Healy.**  Plaintiff, Margaret Healy, is an individual residing in Bexar County, Texas.

6.     **Lone Star Fast Funding, LLC.** On information and belief, Plaintiff, Lone Star Fast Funding, LLC, is a Texas domestic limited liability company which conducts business in Bexar County, Texas.

7.     **Allied First Bank, sb dba Servbank.** Servebank is a dba of Allied First Bank, sb, an Illinois state chartered bank. An entity's citizenship is determined by its state of incorporation and the state in which it has its principal place of business. Servbank's principal place of business is 3201 Orchard Rd, Oswego, IL 60543. For purposes of diversity jurisdiction, Defendant is a citizen of Illinois.

8.     As to all properly joined parties in this lawsuit, there is complete diversity of citizenship. The District Courts of the United States have jurisdiction over this action based on diversity of citizenship among the properly joined parties so long as the amount in controversy requirement is also satisfied.

**B.     The amount in controversy exceeds the jurisdictional minimum amount of $75,000.00**

9.     Plaintiffs' Original Petition seeks injunctive and declaratory relief regarding the property at issue (7507 Fairington Drive, San Antonio, Bexar County, Texas 78244, hereinafter the "Property").

10.     Plaintiffs seek a declaratory judgment which would prohibit and preclude Defendant from foreclosing on the Property where the balance due on the loan exceeds $75,000.00.

Plaintiffs expressly requests an injunction of the foreclosure, and the value of the property is in excess of $75,000.00. Consequently, the amount in controversy for Plaintiffs' claims exceeds $75,000.00 and removal of this proceeding is proper.

11. "It is well established that 'when equitable and injunctive relief is sought 'the amount in controversy is measured by the value of the object of the litigation,' and '[t]he value of that right is measured by the losses that will follow.'" *Berry v. Chase Home Fin., LLC*, No. C-09-116, 2009 U.S. Dist. LEXIS 77124, 2009 WL 2868224, at *2-3 (S.D. Tex. Aug. 27, 2009) (Rainey, J.); *Waller v. Prof'l Ins. Corp.*, 296 F.2d 545, 547-48 (5th Cir. 1961) ("When the validity of a contract or a right to property is called into question in its entirety, the value of the property controls the amount in controversy.").

12. The Fifth Circuit and district courts in each district of the state hold that the amount in controversy in suits seeking to prevent or rescind a foreclosure is the value of the property that is the object of the litigation. *Farkas v. GMAC Mortgage,* LLC, 737 F.3d 338, (5th Cir. 2013); *Green v. Bank of America, N.A.*, No. 4:13CV92, 2103 U.S. Dist. LEXIS 66320, at *4 (E.D. Tex. 2013); *McDonald v. Deutsche Bank Nat'l Tr. Co.,* No. 3:11-CV-2691-B, 2011 U.S. Dist. LEXIS 146040 (N.D. Tex. Dec. 20, 2011); *Martinez v. BAC Home Loans Servicing, LP*, 777 F. Supp. 2d 1039, 1047-48 (W.D. Tex. 2010) ("[T]he value of the **property** is the object of the litigation for the purposes of determining whether the **amount**-in-controversy requirement has been met so long as the plaintiff is seeking **injunctive relief** to prevent or undo the lender's sale of the **property."**); *Berry v. Chase Home Finance, LLC*, No. C-09-116, 2009 WL 2868224, at *3 (S.D. Tex. Aug. 27, 2009)(holding that the value of declaratory and **injunctive relief** is the current appraised fair market value of the **property,** because "[a]bsent judicial **relief,** Plaintiff could be divested of all right, title and interest to the Property"). Because Plaintiffs seek to avoid foreclosure of the

Property through injunctive relief, the amount in controversy is the value of the Property.

13. The value of the Property according to the Bexar County Appraisal District is no less than $228,460.00. (See **Exhibit E** to this Notice of Removal).

14. Because Plaintiffs claims seek injunctive and declaratory relief concerning a property worth at least $228,460.00, the amount of Plaintiffs' claims exceed $75,000.00.

### IV.

### JURY DEMAND

15. Plaintiffs have not made any known jury demand in the State Court Action. Defendant has not made a jury demand.

### V.

### CONCLUSION

16. Because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, diversity jurisdiction exists, and this Court has subject matter jurisdiction over all of Plaintiffs' claims.

## VII.

## PARTIES TO THIS CASE

17. Defendant hereby files this list of all parties of record and their counsel, including addresses, telephone numbers, and parties represented.

| Parties: | Represented by: |
|---|---|
| *Plaintiffs:*<br>Margaret Healy and<br>Lone Star Fast Funding, LLC | Geoffery Mayfield<br>State Bar No. 24051011<br>Attorney at Law, P.C.<br>14603 Huebner Road<br>Building 32<br>San Antonio, Texas 78229<br>Telephone: (210) 535-0870<br>Facsimile: (210) 525-8699<br>Email: geoff.mayfield@gmail.com |
| *Defendant:*<br>Allied First Bank, sb dba Servbank | H. Gray Burks, IV<br>State Bar No. 03418320<br>LOGS Legal Group, LLP<br>13105 Northwest Freeway, Suite 960<br>Houston, TX 77040<br>Telephone: (224) 244-1367<br>Facsimile: (847)879-4823<br>Email: gburks@logs.com |

## VIII.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Defendant, Allied First Bank, sb dba Servbank, respectfully files this Notice of Removal thereby removing this action from the 37th Judicial District Court of Bexar County, Texas, to this Court.

Respectfully Submitted,

  /s/ H. Gray Burks, IV
H. Gray Burks, IV
State Bar No. 03418320
LOGS Legal Group, LLP
13105 Northwest Freeway, Suite 960
Houston, TX 77040
Telephone: (224) 244-1367
Facsimile: (847)879-4823
Email: gburks@logs.com

*Attorneys for Defendant Allied First Bank, sb dba Servbank*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, a true copy of the foregoing notice of removal was served in accordance with the Federal Rules of Civil Procedure.

Geoffery Mayfield
State Bar No. 24051011
14603 Huebner Road
Building 32
San Antonio, Texas 78229
*Attorney for Plaintiffs*

*Via email to:* geoff.mayfield@gmail.com

  /s/ H. Gray Burks, IV
H. Gray Burks, IV